# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO 2 OF WEBB COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 19, 2014, the cause upon appeal to revise or reverse your judgment between

In the Matter of the Guardianship of Carlos Benavides Jr. An Incapacitated Person, Appellant

V.

No. 04-13-00197-CV and Tr. Ct. No. 2011PB000081L2

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the probate court's order finding that Leticia Russo Benavides has an interest adverse to the interests of Carlos Y. Benavides, Jr. and thereby lacks standing to participate in the underlying guardianship proceeding is AFFIRMED. The appellees' motion to dismiss the remainder of this appeal is GRANTED, and the remainder of this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that appellees recover all their costs of this appeal from appellant.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on December 29, 2014.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

### No. 04-13-00197-CV

### In the Matter of the Guardianship of Carlos Benavides Jr. An Incapacitated Person

### v.

### (NO. 2011PB000081L2 IN COUNTY COURT AT LAW NO 2 OF WEBB COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | CARLOS ZAFFIRINI |
| MOTION FEE | $15.00 | E-PAID | CARLOS ZAFFIRINI |
| MOTION FEE | $10.00 | E-PAID | GUADALUPE CASTILLO |
| MOTION FEE | $10.00 | E-PAID | CARLOS M. ZAFFIRINI |
| MOTION FEE | $10.00 | E-PAID | BALDEMAR GARCIA, JR. |
| SUPPLEMENTAL CLERK'S RECORD | $674.70 | PAID | |
| MOTION FEE | $10.00 | E-PAID | STRASBURGER SAN ANTONIO |
| SUPPLEMENTAL CLERK'S RECORD | $540.70 | UNKNOWN | |
| MOTION FEE | $10.00 | E-PAID | CARLOS M. ZAFFIRINI |
| SUPPLEMENTAL CLERK'S RECORD | $2,024.00 | PAID | |
| MOTION FEE | $10.00 | E-PAID | CARLOS M. ZAFFIRINI |
| REPORTER'S RECORD | $6,790.50 | UNKNOWN | |
| REPORTER'S RECORD | $310.50 | PAID | CYNTHIA  LENZ |
| REPORTER'S RECORD | $388.00 | PAID | CYNTHIA  LENZ |
| REPORTER'S RECORD | $715.00 | PAID | CYNTHIA  LENZ |
| MOTION FEE | $10.00 | E-PAID | STRASBURGER - SAN ANTONIO |
| SUPPLEMENTAL CLERK'S RECORD | $420.89 | UNKNOWN | |
| INDIGENCY FILING FEE | $25.00 | PAID | C. M. ZAFFIRINI |
| FILING | $100.00 | PAID | C. M. ZAFFIRINI |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | C. M. ZAFFIRINI |

### Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00

### *Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this December 29, 2014.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853